**Electronically Filed
Supreme Court
SCWC-19-0000406
19-AUG-2020
11:49 AM**

SCWC-19-0000406

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

RSM, INC.,
Respondent/Plaintiff-Appellee,

vs.

WILLIAM MIDDLETON and TATIANA MIDDLETON,
Petitioners/Defendants-Appellants.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-19-0000406; CIV. NO. 3RC 17-1-000320)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, and Wilson, JJ.,
and Circuit Judge Ashford, in place of Pollack, J., recused)

Petitioners/Defendants-Appellants William Middleton
and Tatiana Middleton's application for writ of certiorari filed
on June 19, 2020, is hereby rejected.

DATED: Honolulu, Hawai'i, August 19, 2020.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ James H. Ashford

